PD-0902-15

CAUSE # 11-13-00308-CR

LARRY W. BENSON
(APPELLANT)     IN THE TEXAS COURT

VS.                      OF

STATE OF TEXAS     CRIMINAL APPEALS
(APPELLEE)

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND T.R.A.P. RULE TWO

APPELLANT IS PROCEEDING PRO SE. APPELLANT RESPECTFULLY MOVES THAT THE REQUIREMENT FOR ADDITIONAL COPIES OF HIS P.D.R. BE SUSPENDED

I.

APPELLANT IS WORKING PRO SE, IS INDIGENT AND DOES NOT HAVE RESOURCES TO ACQUIRE ADDITIONAL COPIES OF HIS BRIEF. PETITIONER IS IN CUSTODY OF TDCJ AT THE MARK STILES UNIT, BEAUMONT TEXAS

(1)

## PRAYER

Based on the preceding statements, Appellant prays the court to grant this motion and suspend all requirements for additional copies of his P. D. R.

Executed on ____ day of Sept. 2015

LARRY W. BENTON

X _L. Benton_____

## OATH

I LARRY W. BENTON DO DECLARE UNDER PENALTY OF PERJURY PURSUANT TO CODE 132.001 - 132.003 THAT THE FACTS HEREIN ARE TRUE AND CORRECT

EXECUTED ON THIS ____ DAY OF SEPT 2015

LARRY W. BENTON

X _L. Benton_____

(2)

## CERTIFICATE OF SERVICE

I LARRY W. BENSON DO CERTIFY THAT A TRUE COPY OF MY MOTION FOR SUSPENSION OF T.R.A.P RULE TWO WAS SERVED TO:

SARAH ADAMS
RUSSELL THOMASON
EASTLAND COUNTY COURTHOUSE
100 W. MAIN SUITE 204
EASTLAND, TEXAS 76448

BY MAIL, POSTAGE PREPAID

EXECUTED ON THIS . DAY OF SEPT. 2015
LARRY W. BENSON #1886872
X L. Benton

3060 FM 3514
BEAUMONT, TEXAS
77705

(3)